**Fill in this information to identify the case:**

Debtor 1: Richard Allen Guy

Debtor 2 (Spouse, if filing): Heather Diane Guy

United States Bankruptcy Court for the: Middle District of Georgia (State)

Case number: 15-70117-JTL

Form 4100R

# Response to Notice of Final Cure Payment                            10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust N.A., as Trustee of the SCIG Series III Trust

**Last 4 digits** of any number you use to identify the debtor's account: 3844

**Court claim no.** (if known): 4

**Property address:** 307 East Elna St.
Number    Street

Homerville, GA 31634
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. Total. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / _____
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

Debtor 1 __Richard__ __Allen__ __Guy_____ Case number *(if known)* __15-70117-JTL__
        First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _/s/ signature_____ Date __04/30/2020__

Print __Raymond__ _____ __Valderrama__    Title __Assistant Vice President__
     First Name   Middle Name   Last Name

Company __BSI Financial Services__

If different from the notice address listed on the proof of claim to which this response applies:

Address __7505__ __Irvine Center Drive, Suite 200__
     Number   Street

__Irvine_____ __CA__ __92618__
City   State   ZIP Code

Contact phone (__866__) __581__ – __4513__    Email _____

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and (3) via the United States Postal Service to all other interested parties at their addresses shown below.

Kristin Hurst, Esq.
Chapter 13 Trustee
Via Electronic Notice

Willis Blacknall, III, Esq.
Attorney for Debtors
Via Electronic Notice

Richard Allen Guy
307 East Elna St.
Homerville, GA 31634

Heather Diane Guy
307 East Elna St.
Homerville, GA 31634

      This 30th day of April, 2020.

                                                /s/ Marc E. Ripps
                                                Marc E. Ripps
                                                Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com